AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Opperman, Daniel S. | Bankruptcy Eastern District MI | 08/31/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br><br> 5b. ☑ Amended Report | 01/01/2016 <br> to <br> 12/31/2016 |

**7. Chambers or Office Address**

111 First Street
Bay City, Michigan 48708

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Directors Member and Treasurer | Midland Center for the Arts |
| 2. | Board Member | College of Arts and Sciences, Eastern Michigan University |
| 3. | Member | Bankruptcy Appellate Panel |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | The Dow Chemical Company - Salary and Bonus; Severance Benefits |
| 2. 2016 | The Dow Chemical Company - Pension |
| 3. 2016 | Opperman Consulting LLC - Earnings |
| 4. 2016 | Orrick, Herrington & Satcliffe, L.L.P. - Consultant Fees |
| 5. 2016 | Isabella Bank Corporation - Director Fees |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Bar Association | 07/29/16 - 07/31/16 | Mackinac Island, MI | Seminar | Transportation and Lodging |
| 2. | American Bankruptcy Institute Veteran's Day Consumer Conference | 11/11/16 | Troy, MI | Seminar | Transportation |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 08/31/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 08/31/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank Accounts "(H)" | | | | | | | | | |
| 2. First Merit Bank f/k/a Citizens Bank | A | Interest | K | T | | | | | |
| 3. Comerica Bank | A | Interest | L | T | | | | | |
| 4. Dow Chemical Credit Union | B | Interest | M | T | | | | | |
| 5. Members First Credit Union | B | Interest | K | T | | | | | |
| 6. Members First Credit Union | B | Interest | | | Redeemed | 01/05/16 | J | A | |
| 7. E-Trade | A | Interest | L | T | | | | | |
| 8. Merrill Lynch | A | Interest | | | Redeemed | 02/18/16 | J | A | |
| 9. Raymond James | A | Interest | K | T | | | | | |
| 10. Isabella Bank | A | Interest | M | T | | | | | |
| 11. Certificates of Deposit "(H)" | | | | | | | | | |
| 12. Members First Credit Union | B | Interest | L | T | | | | | |
| 13. Dow Chemical Credit Union | B | Interest | L | T | | | | | |
| 14. Mayville State Bank | A | Interest | K | T | | | | | |
| 15. Municipal Bonds "(H)" | | | | | | | | | |
| 16. FLORIDA ST GO ULT | A | Interest | K | T | | | | | |
| 17. MARYLAND ST GO ULT | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 08/31/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Muniyield Michigan Insured | A | Interest | J | T | | | | | |
| 19. Muniyield Michigan Insured | A | Interest | J | T | | | | | |
| 20. MICHIGAN ST Trunk Line | B | Interest | K | T | | | | | |
| 21. MINNESOTA ST GO ULT | B | Interest | K | T | | | | | |
| 22. NEW JERSEY ST GO ULT | B | Interest | | | Sold | 03/01/16 | J | A | |
| 23. NEW MEXICO ST GO ULT | B | Interest | K | T | | | | | |
| 24. OAKLAND CNTY MI | A | Interest | K | T | | | | | |
| 25. OHIO ST GO ULT | B | Interest | | | Buy | 02/29/16 | K | | |
| 26. | | | | | Sold | 12/28/16 | K | A | |
| 27. OREGON ST GO ULT | B | Interest | K | T | | | | | |
| 28. PENNSYLVANIA ST GO ULT | B | Interest | K | T | Buy | 12/28/16 | K | | |
| 29. SAGINAW MI TWP | B | Interest | K | T | | | | | |
| 30. TEXAS ST GO ULT | B | Interest | K | T | Sold (part) | 04/01/16 | K | A | |
| 31. Treasury Bills | A | Interest | N | T | | | | | |
| 32. WASHINGTON ST GO ULT | C | Interest | L | T | | | | | |
| 33. Real Estate "(H)" | | | | | | | | | |
| 34. Farmland, Millington, Michigan Acquired 04/13/89 for $70,000 | | None | L | R | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Life Insurance "(H)" | | | | | | | | | |
| 36. Farm Bureau Life Insurance | A | Interest | K | T | | | | | |
| 37. Stock and Certificates Held as Tenants By Entirety "(H)" | | | | | | | | | |
| 38. ATMOS Energy | A | Dividend | J | T | | | | | |
| 39. Citizens Communications | A | Dividend | J | T | | | | | |
| 40. Chevron Corporation | B | Dividend | J | T | | | | | |
| 41. CMS Energy | A | Dividend | J | T | | | | | |
| 42. The Dow Chemical Company | D | Dividend | L | T | | | | | |
| 43. Great Plains Energy | A | Interest | J | T | | | | | |
| 44. Highwoods Property | A | Dividend | J | T | | | | | |
| 45. News Corp | A | Dividend | J | T | | | | | |
| 46. 20th Century Fox | A | Dividend | J | T | | | | | |
| 47. Northwestern Corp | A | Dividend | J | T | | | | | |
| 48. XCEL Energy | A | Dividend | J | T | | | | | |
| 49. Stocks and Bonds - Broker Account DSO and BLO "(H)" | | | | | | | | | |
| 50. Adams Natural Resources Fund formerly Petroleum & Resources Corp. | A | Dividend | J | T | | | | | |
| 51. Alliance Bernstein Int'l Growth | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 08/31/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Ameriprise Insured Money Market | A | Interest | K | T | | | | | |
| 53. Camden Property | A | Dividend | J | T | | | | | |
| 54. Centrus Energy Corp. | | None | J | T | | | | | |
| 55. Equity Commonwealth | A | Dividend | J | T | | | | | |
| 56. Essex Property | A | Dividend | J | T | | | | | |
| 57. First Industrial Realty | A | Dividend | J | T | | | | | |
| 58. Five Star Quality Care Inc. | | None | J | T | | | | | |
| 59. Golden Ocean Group, Ltd. formerly Knightsbridge Shipping | A | Dividend | J | T | | | | | |
| 60. Great Plains Energy | A | Dividend | J | T | | | | | |
| 61. John Hancock Financial | | None | J | T | | | | | |
| 62. Nordic American Tanker | A | Dividend | J | T | | | | | |
| 63. Royal Dutch Shell PLC | A | Dividend | J | T | | | | | |
| 64. Southern Company | A | Dividend | J | T | | | | | |
| 65. TECO Energy Inc. | A | Dividend | J | T | | | | | |
| 66. Vornado Realty | A | Dividend | J | T | | | | | |
| 67. Urban Edge Properties | A | Dividend | J | T | | | | | |
| 68. Stocks and Certificates "(H)" | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 08/31/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. The Dow Chemical Company | D | Dividend | M | T | | | | | |
| 70. Van Kampen Municipal Trust | A | Interest | J | T | | | | | |
| 71. Restricted Stock - The Dow Chemical Company | | None | M | T | | | | | |
| 72. Restricted Stock - Isabella Bank Corporation | B | Dividend | K | T | | | | | |
| 73. Stock Options "(H)" | | | | | | | | | |
| 74. The Dow Chemical Company | | None | | | Sold | 12/19/16 | K | B | |
| 75. Limited Liability Company Units - SRO "(H)" | | | | | | | | | |
| 76. Opperman Consulting LLC | E | Dividend | L | T | | | | | |
| 77. Rowley Family Properties, LLC | | None | L | W | | | | | |
| 78. Stocks and Bonds - Broker Accounts IRA SRO "(H)" | | | | | | | | | |
| 79. Acuity Brands, Inc. | A | Dividend | L | T | Buy (add'l) | 01/29/16 | K | | |
| 80. | | | | | Sold (part) | 04/27/16 | J | B | |
| 81. | | | | | Sold (part) | 12/21/16 | K | B | |
| 82. Akamai Tech. Inc. | | None | K | T | Sold (part) | 08/03/16 | K | A | |
| 83. | | | | | Buy (add'l) | 12/16/16 | K | | |
| 84. Allergan Inc | A | Dividend | K | T | Buy (add'l) | 08/02/16 | K | | |
| 85. Amazon.com Inc. | | None | L | T | Sold (part) | 11/10/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. American Tower Corp. | B | Dividend | K | T | | | | | |
| 87. A.O. Smith Corp. | A | Dividend | K | T | | | | | |
| 88. Apple Computer Inc. | A | Dividend | J | T | | | | | |
| 89. Bristol-Myers Squibb | A | Dividend | J | T | Buy | 02/17/16 | K | | |
| 90. | | | | | Buy (add'l) | 05/13/16 | K | | |
| 91. | | | | | Sold (part) | 11/18/16 | J | A | |
| 92. Carter's Inc. | A | Dividend | K | T | | | | | |
| 93. Celgene Corp. | | None | L | T | Buy (add'l) | 11/10/16 | K | | |
| 94. Cerner Corp. | | None | | | Sold | 02/23/16 | K | D | |
| 95. Dollar Tree Inc | | None | K | T | Buy (add'l) | 06/27/16 | J | | |
| 96. Dow Chemical Co | B | Dividend | L | T | | | | | |
| 97. Edwards Lifesciences | | None | L | T | Buy (add'l) | 02/09/16 | J | | |
| 98. | | | | | Sold (part) | 04/05/16 | J | C | |
| 99. | | | | | Sold (part) | 12/21/16 | J | C | |
| 100. Facebook Inc. | | None | L | T | Sold (part) | 01/08/16 | J | A | |
| 101. | | | | | Sold (part) | 11/10/16 | J | C | |
| 102. Google Inc. C1 a/k/a A/Alphabet Inc. C1 A | | None | L | T | Sold (part) | 01/08/16 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 08/31/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Henry Schein | | None | L | T | Sold (part) | 05/13/16 | K | D | |
| 104.  Illumina Inc. | | None | | | Sold | 05/25/16 | K | D | |
| 105.  Intuitive Surgical Inc. | | None | K | T | Buy | 04/21/16 | K | | |
| 106. | | | | | Buy (add'l) | 10/19/16 | K | | |
| 107.  KAR Auction Services Ind. | B | Dividend | L | T | Buy | 02/23/16 | K | | |
| 108. | | | | | Buy (add'l) | 05/25/16 | K | | |
| 109.  LKQ Corp. | | None | J | T | Buy | 08/03/16 | K | | |
| 110.  Omnicell Inc. | | None | K | T | Sold (part) | 03/28/16 | J | A | |
| 111.  O'Reilly Automotive Inc | | None | L | T | | | | | |
| 112.  RBC Money Market | A | Dividend | K | T | | | | | |
| 113.  Signature Bank NY | | None | L | T | Sold (part) | 06/27/16 | J | A | |
| 114.  SPS Commerce | | None | K | T | | | | | |
| 115.  Starbucks | A | Dividend | L | T | | | | | |
| 116.  Stericycle Inc | | None | | | Sold | 02/09/16 | K | D | |
| 117.  Tractor Supply Co. | A | Dividend | | | Sold (part) | 07/26/16 | K | A | |
| 118. | | | | | Sold | 10/25/16 | K | D | |
| 119.  The Ultimate Software Group | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Ulta Salon | | None | L | T | Buy (add'l) | 04/06/16 | K | | |
| 121. | | | | | Sold (part) | 06/29/16 | J | C | |
| 122. Verisk Analytics | | None | K | T | | | | | |
| 123. Stocks and Bonds - Broker Accounts IRA DSO "(H)" | | | | | | | | | |
| 124. Acuity Brands Inc. | A | Dividend | J | T | Buy (add'l) | 01/29/16 | J | | |
| 125. | | | | | Sold (part) | 12/21/16 | J | A | |
| 126. Akamai Tech Inc. | | None | | | Sold | 08/03/16 | J | A | |
| 127. Allergan formerly Actavis | | None | | | Sold | 10/20/16 | J | A | |
| 128. Allergan Inc. - Stock | | None | | | Sold | 10/20/16 | J | A | |
| 129. Amazon.com Inc. | | None | J | T | Buy (add'l) | 01/15/16 | J | | |
| 130. | | | | | Sold (part) | 11/10/16 | J | A | |
| 131. American Tower Corp. | A | Dividend | J | T | | | | | |
| 132. A.O. Smith Corp. | A | Dividend | J | T | | | | | |
| 133. Bristol-Myers Squibb | A | Dividend | | | Buy | 02/17/16 | J | | |
| 134. | | | | | Buy (add'l) | 05/13/16 | J | | |
| 135. | | | | | Sold | 10/20/16 | J | A | |
| 136. Carter's Inc. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 08/31/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Celgene Corp. | | None | J | T | Buy (add'l) | 11/14/16 | J | | |
| 138. Cerner Corp. | | None | | | Sold | 02/23/16 | J | A | |
| 139. CHEVRON CORP. | A | Dividend | J | T | | | | | |
| 140. Dollar Tree Inc. | | None | J | T | Buy (add'l) | 06/27/16 | J | | |
| 141. Dreyfus Money Market | A | Dividend | K | T | | | | | |
| 142. Edwards Lifesciences | | None | J | T | Buy (add'l) | 02/09/16 | J | | |
| 143. | | | | | Sold (part) | 04/05/16 | J | A | |
| 144. | | | | | Sold (part) | 12/21/16 | J | A | |
| 145. Facebook Inc. | | None | J | T | Sold (part) | 01/08/16 | J | A | |
| 146. | | | | | Sold (part) | 11/10/16 | J | A | |
| 147. FEDEX CORP. | | None | J | T | Buy | 06/06/16 | J | | |
| 148. Google Inc. Cl a/k/a A/Alphabet Inc. C1 A | | None | J | T | Sold (part) | 01/08/16 | J | A | |
| 149. Henry Schein | | None | J | T | | | | | |
| 150. Illumina Inc. | | None | | | Sold | 05/25/16 | J | A | |
| 151. INTEL CORP. | A | Interest | J | T | | | | | |
| 152. Intuitive Surgical Inc. | | None | J | T | Buy | 10/20/16 | J | | |
| 153. JOHNSON & JOHNSON | A | Dividend | J | T | Buy | 02/26/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 08/31/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. KAR Auction Services Ind. | A | Dividend | J | T | Buy | 02/23/16 | J | | |
| 155. | | | | | Buy (add'l) | 05/25/16 | J | | |
| 156. LKQ Corp. | | None | J | T | Buy | 08/05/16 | J | | |
| 157. MCDONALD'S CORP. BONDS | A | Interest | J | T | | | | | |
| 158. MCKESSON CORP. | A | Dividend | J | T | | | | | |
| 159. OCCIDENTAL PETROLEUM | A | Interest | | | Sold | 05/05/16 | J | A | |
| 160. Omnicell Inc. | | None | J | T | Sold (part) | 03/28/16 | J | A | |
| 161. O'REILLY AUTOMOTIVE COPR. | A | Dividend | J | T | | | | | |
| 162. O'Reilly Automotive Inc. | | None | J | T | | | | | |
| 163. SPS Commerce | | None | | | Sold | 08/05/16 | J | A | |
| 164. Starbucks Corp. | A | Dividend | J | T | | | | | |
| 165. Stericycle | | None | | | Sold | 02/09/16 | J | A | |
| 166. STRYKER COPR. | A | Dividend | J | T | | | | | |
| 167. Tractor Supply Co. | A | Dividend | | | Sold (part) | 07/26/16 | J | A | |
| 168. | | | | | Sold | 10/20/16 | J | A | |
| 169. Ulta Salon | | None | J | T | Buy (add'l) | 04/6/16 | J | | |
| 170. The Ultimate Software Group | | None | J | T | Buy (add'l) | 01/15/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Verisk Analytics | | None | J | T | | | | | |
| 172. WEYERHAEUSER CO. | A | Dividend | J | T | | | | | |
| 173. Broker Account - DSO and SRO "(H)" | | | | | | | | | |
| 174. Abbott Lab | A | Dividend | J | T | Sold (part) | 02/09/16 | J | A | |
| 175. Accenture LTD Cl A | A | Dividend | K | T | | | | | |
| 176. Allergan formerly Actavis | | None | K | T | | | | | |
| 177. Amphenol Corp. Cl A | A | Dividend | J | T | Buy | 05/02/16 | J | | |
| 178. Apple Computer Inc. | A | Dividend | K | T | Sold (part) | 05/02/16 | J | A | |
| 179. | | | | | Buy (add'l) | 11/08/16 | J | | |
| 180. | | | | | Buy (add'l) | 11/18/16 | J | | |
| 181. ARM Hldgs PLC | A | Dividend | | | Sold | 07/19/16 | K | D | |
| 182. Avago Technologies Ltd. | A | Dividend | K | T | | | | | |
| 183. Ball Corp. | A | Dividend | | | Buy | 09/30/16 | K | | |
| 184. | | | | | Sold | 12/01/16 | K | A | |
| 185. Baxter Int'l Inc. | A | Dividend | K | T | Buy | 05/26/16 | J | | |
| 186. | | | | | Buy (add'l) | 06/29/16 | J | | |
| 187. | | | | | Buy (add'l) | 07/27/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 08/31/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 12/06/16 | J | | |
| 189. Becton Dickinson | A | Dividend | K | T | Sold (part) | 10/04/16 | K | D | |
| 190. Black Rock Inc. | A | Dividend | K | T | Buy | 12/08/16 | K | | |
| 191. Bristol-Myers Squibb | A | Dividend | | | Buy | 02/17/16 | K | | |
| 192. | | | | | Sold | 12/06/16 | K | A | |
| 193. Broadcom Ltd. | A | Dividend | K | T | Buy | 03/22/16 | K | | |
| 194. | | | | | Buy (add'l) | 03/31/16 | J | | |
| 195. | | | | | Sold (part) | 11/08/16 | K | B | |
| 196. Canadian Nat'l Railway | A | Dividend | K | T | | | | | |
| 197. Cerner Corp. | | None | | | Sold | 05/06/16 | K | D | |
| 198. Check Point Software | | None | K | T | Buy (add'l) | 01/15/16 | J | | |
| 199. Chevron Corp. | B | Dividend | K | T | Buy | 12/06/16 | K | | |
| 200. China Biologic Products | | None | K | T | Buy | 07/26/16 | J | | |
| 201. | | | | | Buy (add'l) | 08/05/16 | J | | |
| 202. Colgate-Palmolive Co. | A | Dividend | J | T | Buy | 05/09/16 | K | | |
| 203. | | | | | Sold (part) | 12/16/16 | J | A | |
| 204. Comcast Corp | A | Dividend | K | T | Buy (add'l) | 12/06/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Costco Wholesale | A | Dividend | K | T | | | | | |
| 206. CVS Corp. | A | Dividend | K | T | Sold (part) | 08/10/16 | J | A | |
| 207. Dassault Systems S.A. | A | Dividend | K | T | | | | | |
| 208. Discover Financial | A | Dividend | J | T | Buy | 12/19/16 | J | | |
| 209. Enterprise Prod | A | Dividend | J | T | | | | | |
| 210. Exxon Mobil Corp. | A | Dividend | K | T | Buy | 06/29/16 | K | | |
| 211. General Dynamics | A | Dividend | K | T | Sold (part) | 05/09/16 | K | D | |
| 212. | | | | | Buy (add'l) | 12/12/16 | J | | |
| 213. Google Inc. C1 a/k/a A/Alphabet Inc. C1 A | | None | K | T | | | | | |
| 214. Henkel AG & Co. KGaA | A | Dividend | J | T | Buy | 09/13/16 | J | | |
| 215. | | | | | Buy (add'l) | 10/04/16 | J | | |
| 216. Home Depot Inc. | A | Dividend | K | T | Buy (add'l) | 12/06/16 | J | | |
| 217. Hormel Foods Corp. | A | Dividend | J | T | Sold (part) | 02/16/16 | J | D | |
| 218. | | | | | Sold (part) | 02/18/16 | K | D | |
| 219. | | | | | Buy (add'l) | 12/06/16 | J | | |
| 220. Isabella Bank Corporation | D | Dividend | M | T | Buy (add'l) | 06/08/16 | J | | |
| 221. | | | | | Buy (add'l) | 10/03/16 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 08/31/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Buy (add'l) | 12/21/16 | J | | |
| 223. iShares FTSE/China 25 | A | Dividend | J | T | | | | | |
| 224. iShares MCSI EAFE | A | Dividend | K | T | Buy (add'l) | 12/07/16 | J | | |
| 225. iShares MSCI Emerging | A | Dividend | J | T | Buy | 08/11/16 | J | | |
| 226. iShares MSCI EU Financial | A | Dividend | K | T | Buy | 11/14/16 | K | | |
| 227. Japan Index | A | Dividend | K | T | Sold (part) | 05/02/16 | J | A | |
| 228. JOHNSON & JOHNSON | B | Dividend | K | T | Buy (add'l) | 02/09/16 | J | | |
| 229. | | | | | Buy (add'l) | 04/19/16 | J | | |
| 230. Kinder Morgan Inc. | A | Dividend | J | T | | | | | |
| 231. Luxottica Group A | A | Dividend | | | Buy (add'l) | 01/15/16 | J | | |
| 232. | | | | | Sold (part) | 06/20/16 | J | A | |
| 233. | | | | | Sold | 10/03/16 | J | A | |
| 234. Marsh & McLennan | A | Dividend | K | T | | | | | |
| 235. McCormick & Co. | A | Dividend | K | T | | | | | |
| 236. McKesson Corp. | A | Dividend | | | Sold (part) | 01/19/16 | J | A | |
| 237. | | | | | Sold | 11/01/16 | J | A | |
| 238. Medtronic PLC | A | Dividend | K | T | Buy | 02/10/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 08/31/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Buy (add'l) | 09/07/16 | J | | |
| 240. | | | | | Buy (add'l) | 10/04/16 | J | | |
| 241. | | | | | Sold (part) | 12/16/16 | J | A | |
| 242. Microsoft Corp. | B | Dividend | K | T | Sold (part) | 08/10/16 | K | A | |
| 243. Mondelez International | A | Dividend | J | T | | | | | |
| 244. New Oriental Education SP ADR | | None | K | T | Buy | 04/21/16 | J | | |
| 245. | | | | | Buy (add'l) | 06/13/16 | J | | |
| 246. | | | | | Sold (part) | 11/28/16 | J | B | |
| 247. | | | | | Buy (add'l) | 12/06/16 | J | | |
| 248. Nielsen Holdings PLC | A | Dividend | | | Buy | 04/26/16 | J | | |
| 249. | | | | | Buy (add'l) | 05/09/16 | J | | |
| 250. | | | | | Sold (part) | 10/25/16 | J | A | |
| 251. | | | | | Sold | 12/01/16 | J | A | |
| 252. Nike Inc. | A | Dividend | J | T | Sold (part) | 11/15/16 | J | B | |
| 253. Nippon Tel & Tel ADR | A | Dividend | K | T | Sold (part) | 02/08/16 | J | B | |
| 254. | | | | | Sold (part) | 11/11/16 | J | A | |
| 255. Novo-Nordisk ADR | A | Dividend | | | Sold (part) | 08/05/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Sold (part) | 09/12/16 | J | A | |
| 257. | | | | | Sold | 10/03/16 | J | C | |
| 258. Novozymes A/S ADR | A | Dividend | | | Buy (add'l) | 01/15/16 | J | | |
| 259. | | | | | Sold | 12/01/16 | K | A | |
| 260. Omnicom Group Inc. | A | Dividend | K | T | Buy (add'l) | 12/06/16 | J | | |
| 261. Oneok Partners LP | B | Dividend | K | T | | | | | |
| 262. Pepsico Inc. | A | Dividend | K | T | Sold (part) | 11/15/16 | J | A | |
| 263. Reins Grp of America | A | Dividend | K | T | | | | | |
| 264. Republic Services | A | Dividend | K | T | | | | | |
| 265. Roche Holdings LTD | A | Dividend | | | Sold | 11/04/16 | K | A | |
| 266. Ross Stores | A | Dividend | K | T | Sold (part) | 11/28/16 | K | D | |
| 267. S&P 500 Trust | A | Dividend | K | T | | | | | |
| 268. Schlumberger Ltd. | A | Dividend | K | T | Buy | 12/06/16 | K | | |
| 269. Shire Ltd. ADR | A | Dividend | J | T | Buy | 08/12/16 | J | | |
| 270. | | | | | Buy (add'l) | 12/06/16 | K | | |
| 271. Signet Jewelers LTD | A | Dividend | | | Sold | 06/27/16 | K | A | |
| 272. Stryker Corp. | A | Dividend | K | T | Sold (part) | 11/18/16 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 08/31/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Svenska Cellulosa | A | Dividend | K | T | Buy (add'l) | 01/15/16 | J | | |
| 274. Taiwan Semiconductor | A | Dividend | K | T | Buy (add'l) | 01/19/16 | J | | |
| 275. | | | | | Sold (part) | 09/26/16 | J | B | |
| 276. Tata Motors Ltd. | A | Dividend | J | T | Buy | 06/20/16 | J | | |
| 277. Teekay Offshore | A | Dividend | J | T | | | | | |
| 278. TELUS Corp. | A | Dividend | J | T | Buy | 12/06/16 | J | | |
| 279. Toronto-Dominion Bank | A | Dividend | J | T | Buy (add'l) | 12/06/16 | J | | |
| 280. Total System Services, Inc. | A | Dividend | K | T | Sold (part) | 11/15/16 | K | C | |
| 281. Ulta Salon | | None | J | T | | | | | |
| 282. Unilever NV | A | Dividend | K | T | | | | | |
| 283. UnitedHealth Group | A | Dividend | L | T | Sold (part) | 11/18/16 | K | D | |
| 284. Union Pacific Corp. | A | Dividend | J | T | | | | | |
| 285. Verizon | A | Dividend | J | T | | | | | |
| 286. Visa Inc. | A | Dividend | K | T | | | | | |
| 287. West Pharmaceutical Services | A | Dividend | J | T | Buy (add'l) | 01/05/16 | J | | |
| 288. | | | | | Sold (part) | 09/07/16 | J | C | |
| 289. | | | | | Sold (part) | 09/30/16 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 290. Wisdom Tree Europe | A | Dividend | K | T | Buy | 01/08/16 | J | | |
| 291. | | | | | Buy (add'l) | 11/11/16 | J | | |
| 292. Wisdom Tree Japan | A | Dividend | K | T | Sold (part) | 03/08/16 | J | A | |
| 293. | | | | | Buy (add'l) | 11/11/16 | J | | |
| 294. WPP PLC | A | Dividend | K | T | Buy (add'l) | 03/08/16 | J | | |
| 295. Zoetis Inc. | A | Dividend | K | T | Buy | 07/07/16 | J | | |
| 296. | | | | | Buy (add'l) | 08/10/16 | J | | |
| 297. Retirement Funds "(H)" | | | | | | | | | |
| 298. ABBEY Capital Futures | | None | J | T | Buy | 02/22/16 | J | | |
| 299. American Mutual Fund Class F2 | A | Dividend | K | T | | | | | |
| 300. AMG Southernsun U.S. Equity | A | Dividend | K | T | | | | | |
| 301. AQR Diversified Arbitrage Fund | A | Dividend | J | T | | | | | |
| 302. AQR Managed Futures Strategy Fund | A | Dividend | J | T | | | | | |
| 303. AQR Style Premium Alternative | A | Dividend | J | T | Buy | 03/08/16 | J | | |
| 304. Artisan International Fund | A | Dividend | J | T | | | | | |
| 305. ASG Global Alternatives Fund | A | Dividend | J | T | | | | | |
| 306. Boston Partners Long/Short Research Fund | A | Dividend | J | T | | | | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 08/31/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. Bristol Myers | A | Dividend | K | T | | | | | |
| 308. Brown Advisory Growth Equity Fund | A | Dividend | J | T | Buy (add'l) | 02/22/16 | J | | |
| 309. Care Cap Properties | A | Dividend | J | T | Buy | 09/26/16 | J | | |
| 310. Causeway International | A | Dividend | J | T | Buy | 08/15/16 | K | | |
| 311. Citadel Broadcasting Corporation | | None | | | Sold | 01/05/16 | J | A | |
| 312. Clearbridge Aggressive Growth Fund | A | Dividend | K | T | | | | | |
| 313. CM Finance | A | Dividend | J | T | | | | | |
| 314. Columbia Acorn Emerging Markets | A | Dividend | | | Sold | 02/22/16 | J | A | |
| 315. Credit Suisse Commodity Return Strategy Fund | A | Dividend | J | T | | | | | |
| 316. Deutsche Global Real Estate | A | Dividend | J | T | | | | | |
| 317. Disney Walt Company Com Disney | A | Dividend | J | T | | | | | |
| 318. Dodge & Cox Income Fund | A | Dividend | K | T | | | | | |
| 319. Dreyfus Global Real Return | A | Dividend | J | T | Buy | 05/02/16 | J | | |
| 320. Dreyfus Treas Prime Cash | A | Dividend | L | T | | | | | |
| 321. Europacific Growth Fund Class F1 | A | Dividend | L | T | | | | | |
| 322. Exxon Mobil - IRA | A | Dividend | K | T | | | | | |
| 323. Gateway Fund Class | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Opperman, Daniel S. | 08/31/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. Global Sachs Strategic Income Fund | A | Dividend | J | T | | | | | |
| 325. Harding Loevner Emerging Markets | | None | J | T | Buy | 05/02/16 | J | | |
| 326. Heritage Cash Trust | A | Interest | K | T | | | | | |
| 327. International Paper Co. | A | Dividend | K | T | | | | | |
| 328. Ivy Asset Strategy Fund | A | Dividend | J | T | | | | | |
| 329. iShares TR Core MSCI EAFE | A | Dividend | K | T | Buy (add'l) | 02/22/16 | J | | |
| 330. | | | | | Buy (add'l) | 08/16/16 | J | | |
| 331. iSharse TR Core US AGGBD ET | A | Dividend | K | T | | | | | |
| 332. John Hancock Disciplined Value Fund | A | Dividend | K | T | Buy (add'l) | 02/22/16 | J | | |
| 333. John Hancock Global Absolute Return | A | Dividend | J | T | | | | | |
| 334. JPMorgan Certificate of Deposit | | None | K | T | | | | | |
| 335. JPMorgan International Value Fund | A | Dividend | | | Sold | 08/15/16 | K | A | |
| 336. JPMorgan Value Advantage Fund | A | Dividend | L | T | | | | | |
| 337. Knightsbridge Tankers Limited | B | Dividend | | | Sold | 02/08/16 | J | A | |
| 338. Lazard Emerging Markets Equity Port | A | Dividend | J | T | Buy (add'l) | 02/24/16 | J | | |
| 339. | | | | | Sold (part) | 02/25/16 | J | A | |
| 340. Locorr Market Trend | A | Dividend | J | T | Buy | 08/15/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. Loomis Sayles Growth Fund | A | Dividend | K | T | | | | | |
| 342. Metropolitan West Total Return Bond Fund | A | Dividend | K | T | | | | | |
| 343. MFS International Growth Fund | A | Dividend | K | T | | | | | |
| 344. Neuberger Berman Long Short Fund | A | Dividend | J | T | | | | | |
| 345. Oakmark International | A | Dividend | J | T | Buy | 06/29/16 | J | | |
| 346. Petroleum & Res Corporation | A | Dividend | | | Sold | 08/05/16 | J | A | |
| 347. Prudential High Yield Fund | A | Dividend | K | T | | | | | |
| 348. Raymond James Bank Deposit Program | A | Interest | M | T | | | | | |
| 349. Starbucks | A | Dividend | J | T | | | | | |
| 350. Templeton Global Bond Fund | A | Dividend | J | T | | | | | |
| 351. T. Rowe Price - Latin America - IRA | A | Dividend | K | T | | | | | |
| 352. T Rowe Price Small Cap Value Fund | A | Dividend | K | T | | | | | |
| 353. Vanguard Group - Energy Fund | B | Dividend | K | T | | | | | |
| 354. Vanguard Index Funds S&P 500 | A | Dividend | K | T | | | | | |
| 355. Vanguard Market Neutral | A | Dividend | J | T | Buy | 07/19/16 | J | | |
| 356. Victory Integrity Small Cap Value Fund | A | Dividend | K | T | | | | | |
| 357. Victory Trivalent Intl | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Opperman, Daniel S. | 08/31/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. Virtus Emerging Markets | A | Dividend | J | T | | | | | |
| 359. Voya International Real Estate | A | Dividend | J | T | | | | | |
| 360. Wells Fargo Advantage Absolute Return Fund | A | Dividend | J | T | | | | | |
| 361. Wells Fargo Advantage Intl | A | Dividend | J | T | | | | | |
| 362. Wells Fargo Certificate of Deposit | | None | J | T | | | | | |
| 363. William Blair Marco | A | Dividend | J | T | Buy | 09/13/16 | J | | |
| 364. William Blair Macro Allocation Fund | A | Dividend | J | T | | | | | |
| 365. Dow Chemical Retirement Health Care Assoc. | | None | J | T | | | | | |
| 366. Dow Chemical Elective Deferral Plan | | None | J | T | | | | | |
| 367. Freeland State Bank - Certificate of Deposit - IRA | A | Dividend | K | T | | | | | |
| 368. YUM, Inc | | None | J | T | | | | | |
| 369. Auto Owners Insurance - Annuity | A | Interest | K | T | | | | | |
| 370. SEP-IRA - SRO "(H)" | | | | | | | | | |
| 371. Acuity Brands Inc. | A | Dividend | J | T | Buy (add'l) | 01/29/16 | J | | |
| 372. | | | | | Sold (part) | 04/07/16 | J | A | |
| 373. | | | | | Sold (part) | 12/21/16 | J | A | |
| 374. Akamai Tech Inc. | | None | J | T | Sold (part) | 08/03/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 08/31/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Buy (add'l) | 12/16/16 | J | | |
| 376. Allergan | | None | J | T | Buy (add'l) | 06/23/16 | J | | |
| 377. Amazon.com Inc. | | None | J | T | | | | | |
| 378. American Tower Corp. | A | Dividend | J | T | | | | | |
| 379. A.O. Smith Corp. | A | Dividend | J | T | | | | | |
| 380. BNY Deposit | | None | J | T | | | | | |
| 381. Bristol-Myers Squibb | A | Dividend | J | T | Buy | 02/17/16 | J | | |
| 382. | | | | | Buy (add'l) | 05/13/16 | J | | |
| 383. | | | | | Buy (add'l) | 06/23/16 | J | | |
| 384. | | | | | Sold (part) | 11/18/16 | J | A | |
| 385. Carter's Inc. | A | Dividend | J | T | | | | | |
| 386. Celegene Corp. | | None | J | T | Buy (add'l) | 06/23/16 | J | | |
| 387. | | | | | Buy (add'l) | 11/10/16 | J | | |
| 388. Cerner Corp. | | None | | | Sold | 02/23/16 | J | A | |
| 389. Dollar Tree Inc. | | None | J | T | Buy (add'l) | 06/23/16 | J | | |
| 390. Edwards Lifesciences | | None | J | T | Buy (add'l) | 02/09/16 | J | | |
| 391. | | | | | Sold (part) | 04/05/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 08/31/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | Buy (add'l) | 06/23/16 | J | | |
| 393. | | | | | Sold (part) | 12/21/16 | J | A | |
| 394. Facebook Inc. | | None | J | T | Sold (part) | 01/08/16 | J | A | |
| 395. | | | | | Sold (part) | 11/10/16 | J | A | |
| 396. Google Inc. C1 a/k/a A/Alphabet C1 A | | None | K | T | Sold (part) | 01/08/16 | J | A | |
| 397. | | | | | Buy (add'l) | 06/23/16 | J | | |
| 398. Henry Schein | | None | J | T | | | | | |
| 399. Illumina Inc. | | None | | | Sold | 05/25/16 | J | A | |
| 400. Intuitive Surgical Inc. | | None | J | T | Buy | 04/21/16 | J | | |
| 401. | | | | | Buy (add'l) | 10/19/16 | J | | |
| 402. KAR Auction Services Ind. | A | Dividend | J | T | Buy | 02/23/16 | J | | |
| 403. | | | | | Buy (add'l) | 05/25/16 | J | | |
| 404. LKQ Corp. | | None | J | T | Buy | 08/03/16 | J | | |
| 405. O'Reilly Automotive Inc. | | None | J | T | | | | | |
| 406. Omnicell Inc. | | None | J | T | Sold (part) | 03/28/16 | J | A | |
| 407. SPS Commerce | | None | J | T | Buy (add'l) | 06/23/16 | J | | |
| 408. Signature Bank NY | | None | J | T | Sold (part) | 06/27/16 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 08/31/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. Starbucks Corp. | A | Dividend | J | T | | | | | |
| 410. Stericycle Inc. | | None | | | Sold | 02/09/16 | J | A | |
| 411. The Ultimate Software Group | | None | J | T | | | | | |
| 412. Tractor Supply Co. | A | Dividend | | | Sold (part) | 07/26/16 | J | A | |
| 413. | | | | | Sold | 10/25/16 | J | A | |
| 414. Ulta Salon | | None | K | T | Buy (add'l) | 04/06/16 | J | | |
| 415. Verisk Analytics | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 08/31/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Daniel S. Opperman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544